[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14584
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 9, 2012
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00422-JSM-AEP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRACY LYNN HURST,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 9, 2012)

Before EDMONDSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Brent Armstrong, appointed counsel for Tracy Lynn Hurst in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hurst's conviction and sentence are **AFFIRMED**.